UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 2:11cr228-1 |
| vs. | : | Hon. Dennis M. Cavanaugh |
| MICHAEL MERRITT | : | ORDER MODIFYING CONDITIONS OF RELEASE |

Upon finding that release by the methods set forth in the Order Setting Conditions of Release, dated April 12, 2011, will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ORDERED, on this 15 of April, 2011, that the release of the defendant is subject to the condition listed below:

1. The defendant shall not be employed as a preparer of federal income tax returns or otherwise work in any capacity in the business of preparing tax returns.

_____
HONORABLE DENNIS M. CAVANAUGH
United States District Judge